IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD. and<br>KEY PATENT INNOVATIONS LTD. | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 2:25-cv-0081 [JRG] |
| | § | |
| THE HOME DEPOT, INC. and<br>HOME DEPOT U.S.A., INC. | §<br>§<br>§ | |

**UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER**

Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc. (collectively, "The Home Depot") respectfully request the Court enter the attached Second Amended Docket Control Order extending the deadline to comply with PR 3-3 and 3-4 Invalidity Contentions and to comply with the Standing Order Regarding Subject-Matter Eligibility Contentions. The current deadline is July 3, 2025 and Plaintiff is unopposed to Home Depot's request for an extension up to and including July 11, 2025 for these deadlines. Accordingly, Home Depot requests the Court enter the attached Second Amended Docket Control Order.

Dated: July 1, 2025                                 Respectfully submitted,

                                                                        */s/ Shaun W. Hassett*
                                                                        Michael Strapp
                                                                        **DLA PIPER LLP (US)**
                                                                        33 Arch Street, 26th Floor
                                                                        Boston, Massachusetts 02110-1447
                                                                        Tel: (617) 406-6031
                                                                        Fax: (617) 406-6100
                                                                        michael.strapp@us.dlapiper.com

                                                                        Michael Burns – *admitted pro hac vice*
                                                                        **DLA PIPER LLP (US)**
                                                                        One Liberty Place
                                                                        1650 Market Street, Suite 5000
                                                                        Philadelphia, PA 19103
                                                                        Tel: 215.656.2443
                                                                        Fax: 215.656.3301

michael.burns@us.dlapiper.com

Paulina M. Starostka – *admitted pro hac vice*
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.2135
Fax: 312.251.2850
paulina.starostka@us.dlapiper.com

Peter D. VandeVort – *admitted pro hac vice*
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94102
Tel: 415.836.2500
Fax: 415.836.2501
peter.vandevort@us.dlapiper.com

David A. Perlson
California Bar No. 209502
david.perlson@hoganlovells.com
Antonio Sistos
ton.sistos@hoganlovells.com
Yi Zhang
yi.zhang@hoganlovells.com
Isabella Bosetti
isabella.bosetti@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tel: (415) 374-2300
Fax: (415) 374-2499

Nicholas W. Rotz
nicholas.rotz@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-6412
Fax: (202) 637-5910

Jennifer Parker Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON ROBERTSON &**
**VANDEVENTER, P.C.**

        909 ESE Loop 323, Suite 400
        Tyler, TX 75701
        Telephone: (903) 509-5000
        Facsimile: (903) 509-5091

        Michael E. Jones
        State Bar No. 10929400
        mikejones@potterminton.com
        Shaun W. Hassett
        State Bar No. 24074372
        shaunhassett@potterminton.com
        **POTTER MINTON, P.C.**
        102 N. College Ave., Suite 900
        Tyler, Texas 75702
        Tel: (903) 597-8311
        Fax: (903) 593-0846

        *Counsel for Defendants The Home Depot,*
        *Inc. and Home Depot U.S.A., Inc.*

## CERTIFICATE OF CONFERENCE

    The undersigned hereby certifies that counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(i). This motion is unopposed.

                                        */s/ Shaun W. Hassett*